___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

07-CV-00163-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS ORTEGA-ALVAREZ,

    Petitioner,

v.

ALBERTO GONZALES, et al.,

    Respondents.

CASE NO. C07-0163-JLR-MJB

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections or responses to that, and the remainder of the record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Respondents' Motion to Dismiss (Dkt. #12) is GRANTED, and this action is DISMISSED with prejudice.

(3) The Clerk shall send a copy of this Order of Dismissal to all counsel of record, and to Judge Benton.

DATED this 5th day of September, 2007.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1